**In re: ODYSSEY HEALTHCARE, INC. and George Portillo, Relators.**

**No. 08–09–00174–CV.**

Court of Appeals of Texas, El Paso.

Aug. 12, 2009.

Gerard Thomas Fazio, Owen & Fazio, P.C., Dallas, TX, for Relator.

Joseph Isaac, Scherr & Legate, PLLC, El Paso, TX, for real party in interest.

Before CHEW, C.J., McCLURE, and RIVERA, JJ.

### MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS

ANN CRAWFORD McCLURE, Justice.

Relators, Odyssey Healthcare, Inc. and George Portillo, ask this Court to issue a writ of mandamus against the Honorable Carlos Villa, Judge of the County Court at Law No. 5 of El Paso County. Mandamus will lie only to correct a clear abuse of discretion. *Walker v. Packer*, 827 S.W.2d 833, 840 (Tex.1992) (orig. proceeding). Moreover, there must be no other adequate remedy at law. *Id.* Based on the record before us, we are unable to conclude that Relators are entitled to mandamus relief. Accordingly, we deny mandamus relief. *See* Tex.R.App.P. 52.8(a).

---

Further, we lift the stay entered by previous written order of this Court.